UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA

MADERIA MACK-EL,            )
                            )
         Petitioner,        )
v.                          )    No. 2:10-cv-00274-WTL-TAB
                            )
HELEN J. MARBERRY, Warden, et al. )
                            )
         Respondents.       )

**Entry Discussing Petition for Writ of Habeas Corpus**

Petitioner Mack-El's request to proceed *in forma pauperis* (dkt 2) is **granted.**

"Federal courts are authorized to dismiss summarily any habeas petition that appears legally insufficient on its face." *McFarland v. Scott,* 512 U.S. 849, 856 (1994). This is an appropriate case for such a disposition. This conclusion is compelled by the following facts and circumstances:

1. Mack-El is confined at a federal prison in this District and seeks habeas corpus relief pursuant to 28 U.S.C. § 2241(c)(3) based on his contention that the Federal Bureau of Prisons ("BOP") has improperly retained him in a prison rather than a community-based halfway house during the last 10% of his sentence. Reese explains that he does not challenge the BOP's refusal to exercise its discretion regarding his placement, but does challenge the "BOP's determination that it cannot legally consider his request to exercise its discretion."

2. The pivotal point for the present is understanding what remedy is authorized and appropriate for Mack-El's challenge. As noted in *Jasperson v. Federal Bureau of Prisons,* 460 F.Supp.2d 76, 81 (D.D.C. 2006), the Seventh Circuit has held that habeas is not an available remedy in this context, but rather that prisoners must bring civil actions utilizing the Administrative Procedures Act. This was determined in *Richmond v. Scibana,* 387 F.3d 602 (7th Cir. 2004), and is fatal to Mack-El's claim here.

3. Mack-El's habeas petition shows on its face that he is not entitled to the relief he seeks. Judgment dismissing this action without prejudice shall now issue.

**IT IS SO ORDERED.**

Date: 10/26/2010

*William T. Lawrence*

Hon. William T. Lawrence, Judge
United States District Court
Southern District of Indiana